WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sandrine Mounier, et al., | No. CV-19-01778-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| RLI Corporation, et al., | |
| Defendants. | |

The Court finds it would be beneficial to schedule this matter for oral argument on the pending Motion for Summary Judgment (Doc. 37). The parties should be prepared to discuss:

1. Whether Arizona or California state law should govern the bad faith cause of action under the Restatement (Second) of Conflicts. The parties should particularly focus on the application of §§ 6, 145, and 146.

**IT IS HEREBY ORDERED** that this matter is set for Oral Argument on **Friday, January 17, 2020 at 10:00 a.m.** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 West Washington Street, Phoenix, Arizona 85003-2151.

Dated this 17th day of December, 2019.

_____
G. Murray Snow
Chief United States District Judge